No. 444. WORTHY v. HERTER, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *William M. Kunstler* and *Walter E. Dillon, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley, John F. Davis* and *Kevin T. Maroney* for respondent.

No. 445. FRANK v. HERTER, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Leonard B. Boudin, Victor Rabinowitz* and *David Rein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley, John F. Davis* and *Kevin T. Maroney* for respondent.

No. 488. PORTER v. HERTER, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Joseph L. Rauh, Jr.* and *John Silard* for petitioner. *Solicitor General Rankin* for respondent.

No. 439, Misc. CULLEY v. WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 441, Misc. MALLORY v. BUCHKOE, WARDEN. Supreme Court of Michigan. Certiorari denied.